IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| IN RE: <br> HALL, JEFFERY ALLEN, SR. <br> HALL, TERRI LYNN <br> Debtor(s). | Case No. 08-13404-WV <br> (Chapter 7) |
|---|---|

## Trustee's Report of Unclaimed Funds

Trustee Kevin M. Coffey, pursuant to Rule 3010 Fed. R. Bankr. P., reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

**CLAIMANT**                               **AMOUNT**
Bancfirst                                  $3.19
1939 Harrison Street
P.O. Box 1608
Shawnee OK 74801

TOTAL:                                     $3.19

A check made payable to the United States Bankruptcy Clerk will be delivered to the Court for deposit into unclaimed funds.

DATED:  February 8, 2010

*/s/Kevin Coffey*
Kevin M. Coffey (OBA # 11791)
Chapter 7 Trustee
435 N. Walker, Suite 202
Oklahoma City, OK  73102
405/235-1497
Fax:  405/606-7446